UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH HILLESHEIM, <br><br> Plaintiff, <br><br> v. <br><br> AUTOZONE, INC., <br><br> Defendant. | Civil Case No: 17-cv-630 (SRN/HB) <br><br> **AMENDED ORDER DISMISSING CASE** |

Based upon the Plaintiff's Notice of Dismissal With Prejudice [Doc. No. 5],

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs, disbursements, or attorney's fees to any party.

BY THE COURT:

Dated: May 3, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge